◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE GUMBS, Also Known as EDWARD A. GUMBS, Appellant. [961 NYS2d 796]—Appeal by the defendant from a resentence of the County Court, Suffolk County (Hinrichs, J.), imposed May 25, 2011, upon his conviction of robbery in the first degree, upon a jury verdict, the resentence being a period of postrelease supervision in addition to the determinate term of imprisonment previously imposed on May 18, 2001.

Ordered that the resentence is affirmed.

Since the defendant had not yet completed his originally imposed sentence of imprisonment when he was resentenced, the resentencing to a term which included the statutorily required period of postrelease supervision did not subject him to double jeopardy or violate his right to due process of law (*see People v Lingle*, 16 NY3d 621 [2011]; *People v Louis*, 90 AD3d 1075 [2011]; *People v Dawkins*, 87 AD3d 550 [2011]).

The defendant's remaining contention is without merit. Rivera, J.P., Dickerson, Leventhal and Lott, JJ., concur.